No. 12-6634

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LIBERTY LEGAL FOUNDATION, ET AL.,

    Plaintiffs-Appellants,

v.

NATIONAL DEMOCRATIC PARTY, ET AL.,

    Defendants-Appellees.

)
)
)
)
)
)
)
)
)
)
)
)

FILED
Nov 06, 2014
DEBORAH S. HUNT, Clerk

O R D E R

**BEFORE:** BOGGS and McKEAGUE, Circuit Judges; and STAFFORD, District Judge.[*]

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.[**] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

                              **ENTERED BY ORDER OF THE COURT**

                              **Deborah S. Hunt, Clerk**

---

[*] The Honorable William H. Stafford, Senior United States District Judge for the Northern District of Florida, sitting by designation.

[**] Judges Moore, Stranch, and Donald recused themselves from participation in this ruling.